```
          UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
           CIVIL NO. 20-1327(DSD/ECW)
```

Amen El, Pharaoh El-Forever
Left-I,

      Plaintiff,

v.                                              **ORDER**

Paul Schnell, et al.,

      Defendants.


This matter is before the court upon the report and recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated February 11, 2021. There are no objections to the report and recommendation. See ECF No. 43. Accordingly, based on the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.   The report and recommendation [ECF No. 39] is adopted in its entirety; and

    2.   Plaintiff's motion for equity injunction, preliminary injunction, and TRO [ECF No. 36] is denied without prejudice.


Dated: March 9, 2021

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court